IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LOTTIE THOMPSON-GROVES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE: 1:19-cv-00755-TFM-MU** |
| ) | |
| **MABO INVESTMENTS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Lottie Thompson-Groves (hereinafter, "Plaintiff"), by and through her undersigned counsel, files this Notice of Settlement to inform this Honorable Court that the parties have reached an agreement to resolve the above-captioned matter. The parties anticipate that within the next thirty (30) days the settlement agreement will be agreed upon and will be executed; at that time, will file dismissal documents.

**WHEREFORE,** premises considered, Plaintiff files this Notice of Settlement.

Respectfully Submitted, this the 23rd day of January 2020.

*/s/ Cassie E. Taylor*
**Cassie E. Taylor**
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road
Suite 570
Montgomery, Alabama 36116
Telephone: 334.356.5314
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 23rd day of January 2020 to the following:

Mina Ghantous
Deutsch Kerrigan LLP
755 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-5141
Email: mghantous@deutschkerrigan.com
*Counsel for Defendant*

                      */s/ Cassie E. Taylor*
                      Cassie E. Taylor
                      ASB-8297-N67R
                      ADA Group LLC
                      4001 Carmichael Road, Suite 570
                      Montgomery, Alabama 36116
                      Telephone: 334-356-5314
                      Facsimile: 334-819-4032
                      Email: CET@ADA-Firm.com
                      *Counsel for Plaintiff*