# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LOTTIE THOMPSON-GROVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | **1:19-CV-00755-TFM-MU** |
| | ) | |
| **MABO INVESTMENTS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL

**COMES NOW** Plaintiff, Lottie Thompson-Groves ("Plaintiff"), by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) *Fed. R. Civ. P.*, hereby files this Notice of Dismissal of this action with prejudice and states as grounds:

1. Plaintiff and Defendant have resolved this matter;

2. There is no compelling reason for the case to continue in Plaintiff's view.

**WHEREFORE**, premises considered, Plaintiff hereby files this Notice of Dismissal of this action with prejudice. Each party shall bear her and its own costs.

Respectfully Submitted, this the 26th day of March 2020.

/s/ Cassie E. Taylor
**Cassie E. Taylor**
ASB-8297-N67R
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
Telephone: 334-819-4030
Facsimile: 334-819-4032
Email: CET@ADA-Firm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 26th day of March 2020 to the following:

Mina Ghantous
Deutsch Kerrigan LLP
755 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-5141
Email: mghantous@deutschkerrigan.com
*Counsel for Defendant*

/s/ Cassie E. Taylor
Cassie E. Taylor
*Counsel for Plaintiff*