# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LOTTIE THOMPSON-GROVES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 1:19-cv-755-TFM-MU |
| | : | |
| MABO INVESTMENTS, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pending before the court is Plaintiff's *Notice of Dismissal*. Doc. 11, filed March 26, 2020. Plaintiff requests the Court dismiss with prejudice her claims against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *Id.* The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

As of the date of this order, Defendant has neither filed an answer nor a motion for summary judgment. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been dismissed in accordance with Plaintiff's notice. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 27th day of March 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE